# MINUTE ORDER

Page 5

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**          Date: 9/2/2021     Time: 1:30 p.m.

Defendant:   4) YAMIRA SANCHEZ          J#: 02476-506   Case #: 21-CR-20434-MARTINEZ

AUSA: Will Rosenzweig          Attorney: Miguel del Aguila, Temporary Counsel

Violation:   CONSPIRACY TO COMMIT MARRIAGE FRAUD          Surr/Arrest Date: 9/1/2021     YOB: 1974

Proceeding:  Initial Appearance          CJA Appt:

Bond/PTD Held: ○     ○          Recommended Bond:

**Bond Set** $100,000 w/10%, $150,000 personal surety          Co-signed by:

☑ *Surrender and/or do not obtain passports/travel docs*          Language:  English

☑ *Report to PTS as directed*/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services

☐ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☑ *No contact with co-defendants and witnesses, Lisandra Sanchez & Yanai Gonzalez*

☐ No firearms

☐ Not to encumber property

☑ *May not visit transportation establishments*

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☑ *Other: Maintain current residence*

Disposition:
Defendant consents to appear by VTC
Counsel has filed a TEMPORARY
Notice of Appearance on ECF (DE 15).
The Court adopts the STIPULATED
bond. **DEFENDANT RELEASED**. **Bond and $$ to be posted by close of business on 9/7/21.**

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| *Report RE Counsel:* | *9/9/21* | *10:00* | *Miami Duty* | |
| PTD/Bond Hearing: | | | | |
| *Arraignment* | *9/9/21* | *10:00* | *Miami Duty* | |
| Status Conference RE: | | | | |

D.A.R. EGT-02/9-2-2021-ZOOM-**2:16 pm**          Time in Court: 10

s/Edwin G. Torres                    Magistrate Judge